■ In the Matter of SEYMOUR S. DETSKY, a Disbarred Attorney.—Motion for leave to appeal to the Court of Appeals or for modification of the order of disbarment denied in its entirety. Concur—Sullivan, J. P., Rosenberger, Kupferman, Ross and Smith, JJ.

(June 16, 1992)

■ JOSE CABRERA, Respondent, v ASTRO HARDWARE CENTER et al., Defendants, and S & S SOAP COMPANY et al., Appellants. (And a Third-Party Action and a Second Third-Party Action.)—Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on April 3, 1991, unanimously affirmed for the reasons stated by Nardelli, J., with costs and disbursements. No opinion. Concur—Murphy, P. J., Carro, Milonas, Wallach and Smith, JJ.

■ JOHN P. D'AMBROSIO et al., Appellants, v MICHAEL MILLER et al., Defendants, and CITIZENS BANKING COMPANY, Respondent. CITIZENS BANKING COMPANY, Respondent, v RICHARD SCHOENLANK, Appellant. CITIZENS BANKING COMPANY, Respondent, v ROBERT B. ENGELMAN, Appellant.—Order, Supreme Court, New York County (Francis N. Pecora, J.), entered on October 29, 1991, unanimously affirmed for the reasons stated by Pecora, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Wallach and Ross, JJ.